DIAMOND WALNUT GROWERS,
INC., Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

Cannery Workers, Processors, Warehouse-
men and Helpers, Local 601 and Interna-
tional Brotherhood Of Teamsters, Inter-
venors.

No. 95–1075.

United States Court of Appeals,
District of Columbia Circuit.

July 11, 1996.

Before WALD, SENTELLE and
HENDERSON, Circuit Judges.

### ORDER

PER CURIAM.

Upon consideration of the petitions for re-
hearing filed by respondent and intervenors,
and of the response thereto, it is

ORDERED that the petitions be denied.

WALD, Circuit Judge, would grant the
petitions.

---

DIAMOND WALNUT GROWERS,
INC., Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

Cannery Workers, Processors, Warehouse-
men and Helpers, Local 601 and Interna-
tional Brotherhood Of Teamsters, Inter-
venors.

No. 95–1075.

United States Court of Appeals,
District of Columbia Circuit.

July 11, 1996.

Before: EDWARDS, Chief Judge, and
WALD, SILBERMAN, BUCKLEY,
WILLIAMS, GINSBURG, SENTELLE,
HENDERSON, RANDOLPH, ROGERS,
and TATEL, Circuit Judges.

### ORDER

PER CURIAM.

The Suggestions for Rehearing *In Banc* of
respondent and intervenor and the response
thereto have been circulated to the full court.
The taking of a vote was requested. There-
after, a majority of the judges of the court in
regular active service voted in favor of the
suggestions. Upon consideration of the fore-
going, it is

ORDERED, by the Court *in banc*, that
the suggestions are granted. It is

FURTHER ORDERED, by the court *in
banc*, that the judgment of the court filed
herein on March 29, 1996 is vacated.

A future order will govern further pro-
ceedings.